## In re BELL PIANO CO.

(District Court, S. D. New York. February 5, 1907.)

BANKRUPTCY—DECLARATION OF DIVIDENDS—TIME FOR FINAL DIVIDEND.

Where all the known assets of a bankrupt estate have been collected and reduced to money, a final dividend may be declared, under Bankr. Act July 1, 1898, c. 541, § 65b, 30 Stat. 563 [U. S. Comp. St. 1901, p. 3448], as amended in 1903 (Act Feb. 5, 1903, c. 487, § 15, 32 Stat. 800 [U. S. Comp. St. Supp. 1905, p. 690]), at any time after the expiration of three months from the declaration of the first dividend; and any creditor who has not then proved his claim is debarred from participating in the fund.

In Bankruptcy. On review of referee's decision.

Stern, Singer & Barr, for the Motion.

HOUGH, District Judge. In my opinion the decision in Re Stein (D. C.) 1 Am. Bankr. Rep. 662, 94 Fed. 124, states the true interpretation of the act, and the amendment of Act July 1, 1898, c. 541, § 65b, 30 Stat. 563 [U. S. Comp. St. 1901, p. 3448], by Act Feb. 5, 1903, c. 487, § 15, 32 Stat. 800 [U. S. Comp. St. Supp. 1905, p. 690], strengthens Judge Baker's opinion. To say that the final dividend shall not be declared within three months after the first dividend is declared does, in my judgment, hold by implication that a final dividend may be declared on the expiration of three months from the time of the first dividend. All creditors must have notice of the final meeting, and if the creditors who have not yet proved their claims do not then prove them they may then lawfully, as well as justly, be debarred from participation in the funds in hand when the final meeting is held.

The matter is remanded to the referee, with instructions to comply with the petition of the trustee.